1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11   JESUS GUTIERREZ, JR,                          No.  2:23-cv-00712-KJM-JDP

12              Plaintiff,

13        v.

14   OAK SMITH, Acting Warden, San
     Quentin State Prison, California,
15
                Defendant.
16

17   _____              No. 2:23-cv-00920-DB

     CHRISTOPHER VANNING JOHNSON,
18
                Plaintiff,
19                                               **RELATED CASE ORDER**
        v.
20
     TRENT ALLEN, Warden, Salinas Valley
21   State Prison, California,

22              Defendant.

23

24
          Examination of the above-captioned actions reveals that they are related within the
25
     meaning of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same
26
     question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a
27
     substantial savings of judicial effort."  Local Rule 123(a)(3).  Accordingly, the assignment of
28

                                                1

1   these matters to the same judge is likely to effect a substantial savings of judicial effort and is

2   likely to be convenient for the parties.

3          The parties should be aware that relating cases under Rule 123 causes the actions to be

4   assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related cases

5   are generally assigned to the judge and magistrate judge to whom the first filed action was

6   assigned.

7          As a result, it is hereby ORDERED that CIV 2:23-cv-00920-DB is reassigned from

8   Magistrate Judge Barnes to Magistrate Judge Jeremy D. Peterson and assigned to District Judge

9   Kimberly J. Mueller.  Henceforth, the caption on documents filed in the reassigned case shall be

10  shown as: CIV 2:23-cv-00920-KJM-JDP.

11         It is further ORDERED that the Clerk of the Court make appropriate adjustment in the

12  assignment of cases to compensate for this reassignment.

13         IT IS SO ORDERED.

14  DATED:  May 18, 2023.

15

16

17                                              CHIEF UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28