Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioners*
*JESUS GUTIERREZ, JR. and*
*CHRISTOPHER VANNING JOHNSON*

# United States District Court
### Eastern District of California
### Sacramento Courthouse

| | |
|---|---|
| JESUS GUTIERREZ, JR., <br><br> Petitioner, <br> vs. <br><br> OAK SMITH, Acting Warden San Quentin State Prison, California, <br><br> *Respondent.* <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> *Real Party in Interest.* | No. 2:23-cv-00712-KJM-JDP <br><br> ~~PROPOSED~~ ORDER GRANTING 32 DAY EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM <br><br> *(Unopposed)* |
| CHRISTOPHER VANNING JOHNSON <br><br> *Petitioner*, <br> vs. <br><br> TRENT ALLEN, Warden, Salinas Valley State Prison, Soledad California, <br><br> *Respondent.* <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> *Real Party in Interest.* | No. 2:23-cv-00920-KJM-JDP |

**~~PROPOSED~~ ORDER GRANTING 32 DAY EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

1
2
3
4

Good cause appearing, and the motion being unopposed, this court grants petitioners a 32 day extension of time to file the traverse and reply memorandum, from Thursday, October 19, 2023, to and including Monday, November 20, 2023.

5
6

IT IS SO ORDERED.

7
8
9

Dated:   October 18, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28