Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioners*
*JESUS GUTIERREZ, JR. and*
*CHRISTOPHER VANNING JOHNSON*

United States District Court
Eastern District of California
Sacramento Courthouse

| | |
|---|---|
| JESUS GUTIERREZ, JR., <br><br> Petitioner, <br> vs. <br><br> OAK SMITH, Acting Warden San Quentin State Prison, California, <br><br> *Respondent.* <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> *Real Party in Interest.* | No. 2:23-cv-00712-KJM-JDP <br><br> ~~PROPOSED~~ ORDER GRANTING 32-DAY EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM <br><br> *(Unopposed)* |
| CHRISTOPHER VANNING JOHNSON <br><br> *Petitioner*, <br> vs. <br><br> TRENT ALLEN, Warden, Salinas Valley State Prison, Soledad California, <br><br> *Respondent.* <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> *Real Party in Interest.* | No. 2:23-cv-00920-KJM-JDP |

**~~PROPOSED~~ ORDER GRANTING 32 DAY EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

~~Proposed~~ Order Granting 30 Day Extension of Time to File Traverse and Reply Memorandum

1  Good cause appearing, and the motion being unopposed, this court grants petitioners a 30-day
2  extension of time to file the traverse and reply memorandum, from Wednesday, December 20, 2023, to
3  and including Friday, January 19, 2024.  Petitioner's traverse, ECF No. 28, is deemed timely.
4
5
6  IT IS SO ORDERED.
7
8  Dated:   May 28, 2024                              _____
                                                      JEREMY D. PETERSON
9                                                     UNITED STATES MAGISTRATE JUDGE