Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioners*
J<small>ESUS</small> G<small>UTIERREZ</small>, J<small>R.</small> and
C<small>HRISTOPHER</small> V<small>ANNING</small> J<small>OHNSON</small>

United States District Court
Eastern District of California
Sacramento Courthouse

| | |
|---|---|
| J<small>ESUS</small> G<small>UTIERREZ</small>, J<small>R.</small>, | No. 2:23-cv-00712-KJM-JDP |
| Petitioner, | ~~PROPOSED~~ ORDER SUBSTITUTING RESPONDENT WARDEN (GUTIERREZ*)* |
| vs. | |
| O<small>AK</small> S<small>MITH</small>, Acting Warden San Quentin State Prison, California, | |
| *Respondent.* | |
| P<small>EOPLE OF THE</small> S<small>TATE OF</small> C<small>ALIFORNIA</small>, | |
| *Real Party in Interest.* | |
| C<small>HRISTOPHER</small> V<small>ANNING</small> J<small>OHNSON</small> | No. 2:23-cv-00920-KJM-JDP |
| *Petitioner*, | |
| vs. | |
| T<small>RENT</small> A<small>LLEN</small>, Warden, Salinas Valley State Prison, Soledad California, | |
| *Respondent.* | |
| P<small>EOPLE OF THE</small> S<small>TATE OF</small> C<small>ALIFORNIA</small>, | |
| *Real Party in Interest.* | |

**~~PROPOSED~~ ORDER SUBSTITUTING RESPONDENT WARDEN (GUTIERREZ)**

Good cause appearing, this court substitutes Sircoya M. Williams, Warden, California Medical Facility, Vacaville, California, as Warden in place of Oak Smith, Acting Warden, San Quentin State Prison, California, to reflect petitioner's transfer to the California Medical Facility.

IT IS SO ORDERED.

Dated:   August 7, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE