Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioners*
JESUS GUTIERREZ, JR. and
CHRISTOPHER VANNING JOHNSON

United States District Court
Eastern District of California
Robert T. Matsui Federal Courthouse – Sacramento

| | |
|---|---|
| JESUS GUTIERREZ, JR., <br><br> Petitioner, <br> vs. <br><br> OAK SMITH, Acting Warden San Quentin State Prison, California, <br><br> Respondent. <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> *Real Party in Interest.* | No. 2:23-cv-00712-KJM-JDP <br><br> ~~PROPOSED~~ ORDER GRANTING 30 ~~2~~ DAY EXTENSION OF TIME TO FILE OBJECTIONS ~~TRAVERSE AND REPLY MEMORANDUM~~ <br><br> *(Unopposed)* |
| CHRISTOPHER VANNING JOHNSON <br><br> *Petitioner*, <br> vs. <br><br> TRENT ALLEN, Warden, Salinas Valley State Prison, Soledad California, <br><br> *Respondent.* <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> *Real Party in Interest.* | No. 2:23-cv-00920-KJM-JDP |

**~~PROPOSED~~ ORDER GRANTING 30 ~~2~~ DAY EXTENSION OF
TIME TO FILE OBJECTIONS ~~TRAVERSE AND REPLY MEMORANDUM~~**

Good cause appearing, and the motion being unopposed, this court grants petitioners a 30 day

extension of time to file the objections to magistrate's report and recommendations, from Tuesday, August 12, 2025, to and including Thursday, September 11, 2025.

IT IS SO ORDERED.

Dated:   September 8, 2025                                     _____
                                                                JEREMY D. PETERSON
                                                                UNITED STATES MAGISTRATE JUDGE