UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GUTIERREZ, Jr., <br><br> Petitioner, <br><br> v. <br><br> SIRCOYA M. WILLIAMS, <br><br> Respondent. | Case No. 2:23-cv-0712-KJM-JDP (P) |
| CHRISTOPHER VANNING JOHNSON, <br><br> Petitioner, <br><br> v. <br><br> RAUL MORALES, <br><br> Respondent. | Case No. 2:23-cv-0920-KJM-JDP (P) <br><br><br> ORDER |

Petitioners have filed a fourth motion for an extension of time to file objections to the July 29, 2025 findings and recommendations. The basis for these extensions is counsel's workload. *See* ECF Nos. 37, 40, 42, & 44 (Gutierrez); ECF Nos. 33, 36, 38, & 40 (Johnson). Thus far, the court has granted petitioners over 90 days to file objections. Courts have an obligation to advance speedy and efficient resolution of cases. The findings and recommendations on petitioners' habeas petitions have been pending now for over 100 days. Petitioners will be afforded a final fourteen-day extension of time to file objections. Should petitioners not file objections within that time, I will submit the pending findings and recommendations to the district judge for review.

1

Accordingly, it is hereby ORDERED that:

1. Petitioner Johnson's motion for an extension of time, ECF No. 40, is GRANTED IN PART. Objections are due within fourteen days.

2. Petitioner Gutierrez's motion for an extension of time, ECF No. 44, is GRANTED IN PART. Objections are due within fourteen days.

IT IS SO ORDERED.

Dated:   November 18, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE